IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FRIENDS OF THE FLATHEAD RIVER, a Montana Nonprofit Corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, et al.,<br><br>　　　　　Defendants. | CV 22–90–M–DWM<br><br><br><br>ORDER |

Plaintiff Friends of the Flathead entered a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (Doc. 17.) Although an order dismissing the case is not necessary,

IT IS ORDERED that the case is dismissed without prejudice and Defendants' pending motion to dismiss, (Doc. 15), is DISMISSED AS MOOT.

DATED this 4th day of August, 2022.

Donald W. Molloy, District Judge
United States District Court